ALEXANDER B. CVITAN (SBN 81746), and
E-mail: alc@rac-law.com
NATALIA BAUTISTA (SBN 245669),
E-mail: nbautista@rac-law.com;
REICH, ADELL & CVITAN, A Professional Law Corporation
330 N. Brand Boulevard, Suite 250
Glendale, California 91203
Telephone: (213) 386-3860; Facsimile: (213) 386-5583

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>PREMIER SIGN SERVICE, a California corporation,<br><br>Defendant. | Case No.: 5:23-cv-01177-FWS-SK<br><br>JOINT NOTICE OF SETTLEMENT AND STIPULATION FOR CONDITIONAL DISMISSAL WITHOUT PREJUDICE WITH THE COURT TO RETAIN JURISDICTION OVER THIS ACTION<br><br>[HON. FRED W. SLAUGHTER] |

PLEASE TAKE NOTICE that Plaintiff CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, and Defendant, PREMIER SIGN SERVICE, a California corporation ("PREMIER") have reached a settlement to resolve Plaintiff's Complaint. The settlement will result in a Dismissal without prejudice as to PREMIER.

552533

The parties have prepared and executed the settlement documents to resolve this lawsuit, which include PREMIER paying the settlement amount in an installment payment plan.

The parties, therefore, stipulate as follows regarding the dismissal of this action. IT IS HEREBY STIPULATED by and between, Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, as the fiduciary administrative agent to and on behalf of employment benefit plan known as the Construction Laborers Trust Funds for Southern California ("TRUST FUNDS") through its attorneys, Reich, Adell & Cvitan, A Professional Law Corporation by Natalia Bautista and Defendant, PREMIER SIGN SERVICE, a California corporation ("PREMIER") through its attorney, the Law Office of R.T. Bryson P.C., by Robert Bryson, as follows:

A.   CONDITIONAL DISMISSAL

1.   [Settlement] A settlement of this action has been entered into between Plaintiff and Defendant.

2.   [Settlement Terms] The TRUST FUNDS' claim against PREMIER includes unpaid fringe benefit contributions, liquidated damages, interest and audit fees under ERISA, 29 USC 1132(g)(2), 1145, and 1132(a)(3) (CLAIM). A settlement between the parties has been entered to resolve the CLAIM whereby portions of the CLAIM will be waived if PREMIER satisfies the conditions of settlement which require, among other things, that PREMIER submit monthly payments under a payment arrangement. The Settlement Agreement further provides that in the event of a breach, this lawsuit can be reinstated to enforce the Settlement Agreement for the original CLAIM minus payments credited.

3.   [Guarantor/Consent to Jurisdiction] The payment arrangement is being secured by a personal guarantee from PREMIER's President, David Arriaga ("ARRIAGA") who has personally guaranteed compliance with the Settlement Agreement and all of the terms therein. ARRIAGA is not a party to this action.

552533

However, he stipulates and consents to jurisdiction of this court over him to enforce the Settlement Agreement in the event of a breach. ARRIAGA confirms that he is voluntarily consenting to the jurisdiction of the Court and acknowledges that (1) In order for the court to have jurisdiction over him he would have had to be named in the lawsuit as a defendant and served with process; (2) He is affirmatively waiving having been named in the lawsuit and being served with process; and (3) He is aware that by consenting to the jurisdiction of the Court, the Court may proceed to enforce the terms of the Settlement Agreement between him, PREMIER and the TRUST FUNDS, which may include entry of judgment against him in the event of a breach of the Settlement Agreement.

4. [Conditional Dismissal] The parties stipulate that PREMIER shall be dismissed without prejudice from this Lawsuit conditioned upon the Court's retention of jurisdiction over this action. The dismissal of PREMIER is without prejudice to the TRUST FUNDS' right to reinstate the action against PREMIER and ARRIAGA in the event of a breach in the terms of the settlement agreement between the parties.

5. [Reinstatement of Lawsuit] The parties agree that if any party seeks to reinstate the action to enforce the terms of the settlement agreement, the party(s) may do so upon written application to the Court without formal notice of motion, and upon declaration of counsel as to reason(s) this action must be reinstated. The reinstatement of the lawsuit to enforce the terms of the Settlement Agreement includes recovery of the amounts due by PREMIER and ARRIAGA less payments credited under the terms of the Settlement Agreement. The Court may then reinstate this action without hearing based upon the declaration of counsel.

6. [Consultation With Counsel] TRUST FUNDS, PREMIER and ARRIAGA each represent and agree that they fully understand their right to discuss all aspects of this Stipulation with their attorney and they have exercised this right and that the provisions of this Stipulation have been carefully read and are fully understood by the TRUST FUNDS, PREMIER, and ARRIAGA.

552533

7. [Counterparts] This Stipulation may be executed in counterparts, each counterpart being considered an original document and facsimile signature shall be acceptable and deemed to be an original signature in lieu of an original signature.

Respectfully submitted

REICH, ADELL & CVITAN
A Professional Law Corporation

DATED: 09/23/24                  By: *signature*
                                 NATALIA BAUTISTA
                                 Attorneys for Plaintiff

CONSTRUCTION LABORERS TRUST FUNDS ADMINISTRATIVE COMPANY, LLC., on behalf of TRUST FUNDS

DATED: 9/20/24                   By: *signature*
                                 JIM R. MENDES,
                                 Executive Director


LAW OFFICE OF R.T. BRYSON, P.C.

DATED: 9/19/2024                 By: *Robert Bryson*
                                 ROBERT BRYSON
                                 Attorneys for Defendant,
                                 PREMIER

DAVID ARRIAGA

DATED: 9/18/24                   By: *signature*
                                 DAVID ARRIAGA
                                 President and Guarantor


PREMIER SIGN SERVICE, a California corporation

DATED: 9/18/24                   By: *signature*
                                 DAVID ARRIAGA
                                 Authorized Representative and

-4-

552533

President

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Natalia Bautista, attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

DATED: September 9, 2024           By: */s/ Natalia Bautista*
                                       NATALIA BAUTISTA

552533